UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                                        :
                                                              :
CENTRIC BRANDS INC.,                                          :
                    Debtor.                                   :    **ORDER**
--------------------------------------------------------------x
ALICIA ALLEN,                                                 :    22 CV 2702 (VB)
                    Appellant,                                :
                                                              :
v.                                                            :
                                                              :
CENTRIC BRANDS INC.,                                          :
                    Appellee.                                 :
--------------------------------------------------------------x



By letter dated April 18, 2022 (Doc. #7), appellant, proceeding pro se, (i) purports to submit "documentation to serve as record of" appellant's appeal and (ii) requests feedback from the Court on her appeal papers.

First, appellant's submission of "documentation to serve as [the] record" fails to comply with Federal Rules of Bankruptcy Procedure 8015 and 8018. Moreover, it is unclear whether appellant's "record" is intended to supplement or replace the "Designation of Items to be Included in the Record" that appellant filed with the Court on April 1, 2022. (Doc. #3). Accordingly, the Court will DISREGARD appellant's April 18, 2022, submission.

Second, the Court will not provide appellant with legal or procedural advice on her appeal and will disregard any future letters from appellant that do not seek particular relief from the Court.

Should appellant require procedural advice on her appeal, she should contact the Court's Pro Se Intake Unit, available by mail at 40 Foley Square, Room 105, New York, New York 10007, and by phone at (212) 805-0175.


Dated:   April 21, 2022
         White Plains, New York

                                                     SO ORDERED:

                                                     _____
                                                     Vincent L. Briccetti
                                                     United States District Judge