UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALICIA ALLEN,                                              :
                       Appellant,     :
                                                                                   **ORDER**
v.                                                         :
                                                                                    22 CV 2702 (VB)
CENTRIC BRANDS INC.,                                       :
                       Appellee.     :
------------------------------------------------------------x

       As discussed at a conference held today and attended by appellant, who is proceeding pro se and in forma pauperis, and counsel for appellee, it is HEREBY ORDERED:

       1. Appellee's opposition brief, as well as appellee's reply in support of its motion to dismiss (Doc. #17), are due **June 23, 2022**. Appellee shall file one brief.

       2. Appellant's reply brief in support of her principal brief (Doc. #14) is due **July 25, 2022**.

Dated: June 17, 2022
       White Plains, NY

                                                                                     SO ORDERED:

                                                                                   Vincent L. Briccetti
                                                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/22

Copies Mailed/Faxed 6/17/22
Chambers of Vincent L. Briccetti
                                                          DH