UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

CENTRIC BRANDS INC.,

                Debtor.
------------------------------------------------------------X
ALICIA ALLEN,

                Appellant,                22 **CIVIL** 2702 (VB)

      -against-                      **<u>JUDGMENT</u>**

CENTRIC BRANDS INC.,

                Appellee.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2023, the motion to dismiss is GRANTED. The Appeal is dismissed as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
         February 22, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                              **BY:**  *K. Mango*
                                                  **Deputy Clerk**